UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| FRANKIE GAILES<br>　　Plaintiff,<br><br>vs.<br><br>STATE AUTO PROPERTY & CASUALTY<br>INSURANCE COMPANY<br>　　Defendant. | § § § § § § § § § | 1:15-cv-00128-P<br>Civil Action Number |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiff, Frankie Gailes and Defendant, State Auto Property & Casualty Insurance Company, (collectively "Parties") provide notice to the Court that all parties mediated this case on November 17, 2015 and have agreed to a settlement of this lawsuit. Accordingly, the Parties respectfully requests that any pending deadlines and hearings relating to this case be removed from the Court's calendar while the Parties complete the settlement process and prepare an appropriate motion to obtain a final dismissal of this case.

　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　Ben R. Crowell
　　　　　　　　　　　　　　　　State Bar No. 24087360
　　　　　　　　　　　　　　　　Speights & Worrich
　　　　　　　　　　　　　　　　1350 North Loop 1604 E., Suite 104
　　　　　　　　　　　　　　　　San Antonio, Texas 78232
　　　　　　　　　　　　　　　　Tel: 210/495-6789
　　　　　　　　　　　　　　　　Fax: 210/495-6790
　　　　　　　　　　　　　　　　Email: bcrowell@speightsfirm.com

　　　　　　　　　　　　　　　　ATTORNEY FOR PLAINTIFF,
　　　　　　　　　　　　　　　　FRANKIE GAILES

/s/ *Sterling Elza*
Sterling Elza
State Bar No. 24026823
Alicia Murphy
State Bar No. 24095005
Brown, Dean, Wiseman, Proctor,
Hart & Howell, L.L.P.
306 West 7th Street, Suite 200
Fort Worth, Texas 76102-4905
Tel: 817/332-1391
Fax: 817/870-2427
Email: selza@browndean.com
amurphy@browndean.com

**ATTORNEY FOR DEFENDANT,
STATE AUTO PROPERTY & CASUALTY
INSURANCE COMPANY**

**CERTFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing instrument will be sent to counsel of record on this 20th day of November, 2015.

/s/ *Sterling Elza*
Sterling Elza