UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| FRANKIE GAILES | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | 1:15-cv-00128-P |
| | § | Civil Action Number |
| STATE AUTO PROPERTY & CASUALTY | § | |
| INSURANCE COMPANY | § | |
|     Defendant. | § | |

## AGREED MOTION FOR DISMISSAL WITH PREJUDICE

**TO THE HONORABLE JUDGE OF SAID COURT:**

COMES NOW, Frankie Gailes, Plaintiff in the above-entitled and numbered cause, and states to the Court that the Parties have come to a resolution and Plaintiff moves this Court to dismiss this cause against Defendant, State Auto Property & Casualty Insurance Company with prejudice at the cost of the party incurring the same.

Respectfully submitted,

/s/ *Ben R. Crowell* w/permission bln
Ben R. Crowell
State Bar No. 24087360
Speights & Worrich
1350 North Loop 1604 E., Suite 104
San Antonio, Texas 78232
Tel: 210/495-6789
Fax: 210/495-6790
Email: bcrowell@speightsfirm.com

**ATTORNEY FOR PLAINTIFF,
FRANKIE GAILES**

/s/ Alicia Murphy
Sterling Elza
Attorney-In-Charge
State Bar No. 24026823
Alicia Murphy
State Bar No. 24095005
306 West 7th Street, Suite 200
Fort Worth, Texas  76102-4905
Telephone: (817) 332-1391
Facsimile:  (817) 870-2427
Email: selza@browndean.com
          amurphy@browndean.com

**ATTORNEY FOR DEFENDANT,
STATE AUTO PROPERTY &
CASUALTY INSURANCE COMPANY**


## CERTIFICATE OF SERVICE

I do hereby certify that on this the 20th day of January, 2016, a true and correct copy of the above and foregoing instrument was forward to all parties by and through their respective attorneys of record and the original was promptly filed with the District Clerk's office of this division.


_/s/ Alicia Murphy_
Sterling Elza/Alicia Murphy